JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, INC., a corporate entity form unknown; TOWNEPLACE MANAGEMENT, LLC, a corporate entity form unknown; MARRIOTT INTERNATIONAL, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:20-cv-00901-JLS (DFMx)<br><br>**ORDER DISMISSING ACTION** |

ORDER OF DISMISSAL:

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 02, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE